IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 13 CR 51 |
| ) | |
| MICHAEL KISSI, ) | |
| Defendant ) | |

PLEASE TAKE NOTICE THAT, I have been assigned to represent the defendant in the above-captioned case. I was admitted to this district in October 2002.

Dated: March 30, 2020
Brooklyn, NY 11201

/s/
Michael D. Weil
Federal Defenders of New York
One Pierrepont Plaza
Brooklyn, NY 11201
718 407 7413
Michael_Weil@fd.org