**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 26, 2020

**BY ECF and E-Mail**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Kissi, 13 CR 51 (MKB)**

Dear Judge Brodie:

I represent Mr. Kissi, who your Honor today sentenced to time served after granting his compassionate release motion.

I understand Mr. Kissi's physical release will require either an Amended Judgment or an Order comparable to those issued when a defendant in custody receives time served at the initial sentence. In the event the Amended Judgment will take time to prepare I have attached a proposed order. I am separately providing your courtroom deputy the email addresses of the parties who would need a copy of any Order or Amended Judgment for Mr. Kissi to be released.

I have reached out to the Marshals Service concerning necessary paperwork but have not heard back, presumably because of the time of day, and so I anticipate Mr. Kissi will not be physically released until Monday.

Very Truly Yours,

Michael Weil
Attorney for Michael Kissi
(646) 588-8313
Michael_Weil@fd.org

cc:   AUSA Erik Paulsen